In the United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Joshua D. Zollicoffer; a.k.a. Passion Star, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-03037 |
| | § | |
| Brad Livingston, et al. | § | |
| Defendants. | § | Jury |

**Second Joint Motion to Extend Stay of the
Proceeding Pending Finalization of a Settlement Package**

Plaintiff and Defendants ask the Court to extend the stay previously issued by the Court

another 90 days as the settlement is not yet completed and additional time is needed.

1.    Since the Court issued it's March 1, 2017 order staying the proceedings, the parties have

continued working on finalizing the terms of a settlement agreement.

2.    The parties are working diligently to reach a final agreement, but do not anticipate

completing that process before the end of the current stay on July 17, 2017 [D.E. 94]. The

policy changes require extensive review by the Plaintiff and TDCJ. The process of approving

policy changes has been delayed in part by TDCJ authorities being involved in the Texas

legislative session and the substitution of counsel for the Defendants. In addition, the

payment of the monetary settlement requires the approval of multiple agencies, including the

Attorney General, the Governor, and the Comptroller.

3.    Therefore, the parties ask the Court to extend the current stay for an additional ninety days

in order to allow for finalization of a settlement agreement.

4.    The parties hope that no further extensions will be necessary and thank the Court for it's

patience.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

LACEY E. MASE
Division Chief
Law Enforcement Defense Division

/s/SETH BYRON DENNIS
SETH BYRON DENNIS
Assistant Attorney General
Attorney-in-charge
State Bar No. 00790580
Southern District Bar No. 18527
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
Fax No. (512) 936-2109

**Attorneys for Defendants Livingston, Bales, White,
Armstrong and Fuster**

/s/ Christin Cobe Vasquez
CHRISTIN COBE VASQUEZ
Assistant Attorney General
Attorney-in-charge
State Bar No. 24074047
Southern District Bar No. 1125898
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
Fax No. (512) 936-2109

**Attorney for Defendants Dean, Blanchard, Maldanado, Marez, Pickett, Fox, Gonzales, Webb, Sigmund and Harman**

By: /s/ Demoya R. Gordon
Demoya R. Gordon **
LAMBDA LEGAL DEFENSE AND EDUCATION
FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (214) 809-8585
Facsimile (214) 809-0055

Paul D. Castillo
Texas State Bar No. 240494761
pcastillo@lambdalegal.org

Kenneth D. Upton, Jr.
Attorney in Charge
Texas State Bar No. 00797972
Southern District of Texas NO. 635808
LAMBDA LEGAL DEFENSE AND EDUCATION
FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, Texas 75219-6722
Telephone: (214) 219-8585
Facsimile: (214) 219-4455

*and*
Christopher J. Kondon**
Christina N. Goodrich**
Saman M. Rejali**
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

**Admitted pro hac vice

**Attorneys for Plaintiff**

**Notice of Electronic Filing**

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Second Joint Motion to Extend Stay of the Proceeding Pending Finalization of a Settlement Package** in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 11th day of July, 2017.

/s/ Seth Byron Dennis
SETH BYRON DENNIS
Assistant Attorney General

**Certificate of Service**

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Second Joint Motion to Extend Stay of the Proceeding Pending Finalization of a Settlement Package** has been served by means of the Southern District of Texas's CM/ECF filing system, in accordance with the Federal Rules of Civil Procedure on this the 11th day of July, 2017, addressed to all parties of record.

/s/ Seth Byron Dennis
SETH BYRON DENNIS
Assistant Attorney General